**People of the State of Illinois, Plaintiff-Appellee, v. Lee Raynor, Defendant-Appellant.**

Gen. No. 50,075.

First District, Second Division.

January 26, 1965.

Edward J. Copeland, of Chicago, for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach, Assistant Attorney General, Elmer C. Kissane and Donald J. Veverka, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.